**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Defendant Mr. Benavides-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj8862 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JACOBO CLEMENTE BENAVIDES-GONZALEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 29, 2007    *s/ Heather R. Rogers*
HEATHER R. ROGERS
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
heather_rogers@fd.org